# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY J. SCICCHITANO, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WASHINGTON, PENNSYLVANIA, ) <br> WASHINGTON COUNTY D.A. OFFICE, ) <br> and WASHINGTON COUNTY PUBLIC ) <br> DEFENDERS OFFICE, ) <br> ) <br> Defendants. ) | Civil Action No. 20-174 <br> District Judge David Stewart Cercone/ <br> Magistrate Judge Maureen P. Kelly <br><br> Re: ECF No. 3 |

## ORDER

Anthony J. Scicchitano ("Plaintiff") is currently incarcerated at the State Correctional Institution in Albion ("SCI-Albion"). Plaintiff seeks leave to proceed in forma pauperis in order to file a civil rights complaint in this Court, naming as defendants Washington, Pennsylvania; the Washington County District Attorney's Office; and the Washington County Public Defender's Office, for actions or inactions taken before and during the course of his criminal trial.

The case was referred to Magistrate Judge Maureen Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Magistrate Judge Kelly's Report and Recommendation (the "Report"), ECF No. 6, filed on April 9, 2020, recommended that pursuant to the Prison Litigation Reform Act, the IFP Motion be denied because Plaintiff has "three strikes" and the Complaint does not reveal the requisite danger of serious physical injury. Plaintiff was informed that he could file Objections to the Report by April 27, 2020. No Objections have been filed.

Accordingly, after de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 1st day of May, 2020;

IT IS HEREBY ORDERED that the Motion for Leave to Proceed In Forma Pauperis is DENIED. Plaintiff is ORDERED to pay the entire filing fee of $400.00 by May 28, 2020. Failure to pay the entire filing fee by the required date will result in the dismissal of this civil action for failure to prosecute without further warning.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

ANTHONY J. SCICCHITANO, JR.
KB-9484
S.C.I. Albion
10745 Route 18
Albion, PA  16475-0001